NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

## IN RE 213 PARTNERS, LLC

---

2011-1021

(Reexamination No. 90/007,589)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The appellant moves without opposition for 213 Partners, LLC to be substituted for On Demand Machine Corporation and to reform the caption and for a 30-day extension of time, until January 19, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

JAN 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Douglas D. Churovich, Esq.
    Raymond T. Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 2 2011

JAN HORBALY
CLERK